Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY WHITEHEAD, individually,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>CREDIT ONE BANK, N.A.; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No.:  2:25-cv-01008-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Credit One Bank, N.A. ("Defendant") and Plaintiff Tiffany Whitehead ("Plaintiff"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due July 8, 2025. Because Defense counsel has just been retained in this case, the parties stipulate to a eight (8) day extension of time up to and including **July 16, 2025**, in which for Defendant to respond to the Complaint.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 10th day of July, 2025.

MAIER GUTIERREZ & ASSOCIATES

/s/ *Danielle J. Barraza*
Jason R. Maier
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 10th day of July, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Credit One Bank, N.A.*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

July 11, 2025
DATED

- 2 -