Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY WHITEHEAD, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.:  2:25-cv-01008-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Defendant Credit One Bank, N.A. ("Defendant"), and Plaintiff Tiffany Whitehead ("Plaintiff") (collectively referred to as "Parties"), by and through their respective counsel, hereby submit the following Stipulation and Order for Extension of Discovery Deadlines (Second Request), pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 6-1, 7-1 and 26-1(e).

As detailed further herein, the additional time is necessary to allow for the completion of written discovery and depositions. The Parties believe an extension of the discovery period by forty-five (45) days to **Monday, April 27, 2026**, will provide adequate time to complete the remaining discovery.

This is the second request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. Further, while the Parties are certainly mindful of the Court's interest in the expeditious completion of discovery, the Parties have been conducting discovery and there is good cause for the extension sought herein. Pursuant to LR 26-4, the Parties

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

provide the following information to the court in connection with their request for an extension of the discovery deadlines:

## I.    Relevant Procedural History

Plaintiff filed her Complaint on June 9, 2025. (ECF No. 1). Defendant filed its Answer on July 16, 2025. The Parties participated in a virtual Early Neutral Evaluation ("ENE") on October 8, 2025, but were unable to negotiate a settlement. (ECF No. 21.)

## II.    Discovery Completed To Date

The Parties exchanged Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on August 1, 2025. On September 26, 2025, October 27, 2025, and November 17, 2025, Defendant supplemented its disclosures. On August 11, 2025, October 21, 2025, November 1, 2025, and December 18, 2025, Plaintiff supplemented her disclosures. On August 6, 2025, Plaintiff propounded written discovery upon Defendant. On September 8, 2025 and September 26, 2025, Defendant responded to Plaintiff's written discovery. On November 5, 2025, Defendant propounded written discovery upon Plaintiff. On December 18, 2025, Plaintiff responded to Defendant's written discovery. On December 12, 2025, Plaintiff propounded further written discovery upon Defendant. On January 12, 2026, Defendant responded to Plaintiff's written discovery and served supplemental responses on February 13, 2026. Defendant served supplemental

The depositions of George Hughes and Megan Lago were completed on November 18, 2025 and November 4, 2025, respectively. The deposition of Michael Whitley was completed on January 6, 2026.

## III.    Remaining Discovery To Be Completed

Plaintiff's deposition remains to be completed. The deposition of Todd Mayhew, a key witness in this lawsuit, also remains to be completed. In addition, the depositions of additional percipient witnesses remain to be completed. The Parties are also still completing written discovery.

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

## IV.  **Reason Discovery Cannot Be Completed Within The Original Deadline**

Due to parties' scheduling conflicts and witness availability, the deposition of Todd Mayhew is in the process of being rescheduled for a mutually agreed upon date in March. Additionally, Plaintiff's deposition remains to be noticed for a date mutually agreeable for the Parties in light of counsels' schedule demands and availability. The extension is necessary for the Parties to conduct depositions of additional percipient witnesses, additional written discovery, and any additional discovery relevant to the claim(s) and defenses raised in this matter.

## V.  **Proposed Schedule for Completing all Remaining Discovery**

All discovery in this case has and will continue to be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The Parties propose to the Court the following deadlines:

a.  **Discovery Cut-off Date:** The discovery cut-off deadline shall be **Monday, April 27, 2026**

b.  **Dispositive Motions:** Dispositive motions shall be filed not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Monday, May 27, 2026**.

c.  **Pretrial Order:** The Pretrial Order shall be filed not later than **Friday, June 26, 2026**, thirty (30) days after the deadline for filing dispositive motions date of May 27, 2026, in accordance with LR 26-1(b)(5). In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

d.  **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto, shall be included in the final Pretrial Order in accordance with LR 26-1(b)(6).

/ / /

/ / /

/ / /

**e.** **Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with LR 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

DATED this 20th day of February, 2026.

MAIER GUTIERREZ & ASSOCIATES

/s/ *Danielle J. Barraza*

Jason R. Maier
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 20th day of February, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Alina Krauff*

Anthony L. Martin
Nevada Bar No. 8177
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2026