Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY WHITEHEAD, individually,<br><br>Plaintiff,<br>vs.<br><br>CREDIT ONE BANK, N.A.; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01008-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Tiffany Whitehead ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

Each party to bear its own attorneys' fees, costs and expenses.

DATED this 30th day of September, 2026.

MAIER GUTIERREZ & ASSOCIATES

/s/ *Danielle J. Barraza*

Jason R. Maier
Nevada Bar No. 8557
Danielle J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 30th day of September, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

October 15, 2026

DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800